# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0474
_____

IAN CHRISTOPHER JENKINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceeding.


February 21, 2026


PER CURIAM.

DENIED.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kerry Adkison and R. Wes Adkison, Kerry Adkison P.A., for Petitioner.

James Uthmeier, Attorney General, for Respondent.